IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MURTAZA ALI,

    Plaintiff,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

    Defendants.

Civil Action No. 1:16-CV-037-C

## ORDER

In the Findings, Conclusions and Recommendation filed August 29, 2017, the Magistrate Judge recommended that the Court dismiss all of Plaintiff's claims "except his claims that he was subjected to retaliation by Defendants Rowden, Ashley, and Villegas, and that he was subjected to religious discrimination by Defendants Rowden and Villegas." Plaintiff failed to timely file any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, finds that the findings and conclusions of the Magistrate Judge are correct and adopts them as the findings and conclusions of the Court. All of Plaintiff's claims are **DISMISSED** WITH PREJUDICE except for his claims that he was subjected to retaliation by Defendants Rowden, Ashley, and Villegas, and that he was subjected to religious discrimination by Defendants Rowden and Villegas.

It is further ORDERED that Plaintiff obtain service of process as to his claims that he was subjected to retaliation by Defendants Rowden, Ashley, and Villegas, and that he was subjected to religious discrimination by Defendants Rowden and Villegas.

SO ORDERED this 26th day of September, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE